```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

     AUG 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ, | Case No. CV 11-9939 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED that the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: August 30, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE